# In the United States District Court for the Southern District of Georgia Waycross Division

```
CODY HAYES,

     Plaintiff,

v.                                    CV 525-095

STATE FARM FIRE AND CASUALTY
COMPANY,

     Defendant.
```

### ORDER

Before the Court is Plaintiff's motion to remand this case to state court. Dkt. No. 11. For the reasons stated below, the motion is **GRANTED**.

Plaintiff initiated this insurance action in the Superior Court of Pierce County, Georgia, on June 17, 2025. Dkt. No. 1-1 at 3. On September 4, 2025, Defendant removed the case to this Court on the basis of diversity jurisdiction. Dkt. No. 1 at 4. On September 25, 2025, Plaintiff moved to remand the action to state court. Dkt. No. 11. In his motion, Plaintiff argued that one of the two requirements for diversity jurisdiction, i.e. amount in controversy, was not met. Thereafter, the parties filed a Stipulation as to Damages, dkt. no. 13, wherein the parties agreed that the damages Plaintiff seeks in this action do not exceed $75,000.

Due to the parties' stipulation that the $75,000 amount-in-controversy threshold for diversity jurisdiction is not met, the Court lacks subject matter jurisdiction to decide this case. Therefore, Plaintiff's motion to remand, dkt. no. 11, is **GRANTED**. This case is hereby **REMANDED** to the Superior Court of Pierce County, Georgia.

**SO ORDERED**, this 9 day of October, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA